**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 25, 2013

Lyle W. Cayce
Clerk

No. 13-40239
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARCELINO RIVERA-FIGUEROA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:12-CR-1663-1

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Marcelino Rivera-Figueroa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rivera-Figueroa has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rivera-Figueroa's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.